UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD ALVIN VAUGHN, :
    Petitioner :
:
    v. : CASE NO. 1:16-CV-2488
:
FRANKLIN COUNTY JAIL, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 14th day of June, 2017, in accord with the accompanying memorandum, upon consideration of the March 20, 2017 report and recommendation (Doc. 3) of Chief Magistrate Judge Susan E. Schwab, after consideration of Petitioner's objections, and after independent review of the record, it is ORDERED that:

(1) Petitioner Richard Alvin Vaughn's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody" (Doc. 1) is DISMISSED for lack of standing.

(2) The Clerk of Court is directed to notify Petitioner accordingly.

(3) The Clerk of Court is further directed to close this case.

                                                  /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge